William Ross PHILLIPS, Plaintiff-Appellant,

v.

John N. MITCHELL, etc. et al., Appellees.

No. 23103.

United States Court of Appeals
Ninth Circuit.

Aug. 13, 1969.

William Ross Phillips, pro se.

Eugene G. Cushing, U. S. Atty., Charles W. Billinghurst, Asst. U. S. Atty., Tacoma, Wash., for appellees.

Before CHAMBERS, HAMLEY and HAMLIN, Circuit Judges.

PER CURIAM:

Phillips' allegations in this civil action are that his pass to the prison writ room was revoked for no good reason, and that his keepers did not let him write his wife to ask for $500 which he said he needed for legal research.

The government's affidavits with its motion to dismiss indicate that Phillips' pass was not revoked. They are not contradicted by Phillips in his response.

The undisputed facts show there was no violation of Phillips' right to counsel, or any other constitutional right, by prison officials. No litigation involving Phillips appears to have been pending when he requested to write for money.

The order of dismissal is affirmed.

Louis S. NELSON, Warden, California State Prison, San Quentin, California, Appellant,

v.

Wilbert Lee DAVIS, Appellee.

No. 22649.

United States Court of Appeals
Ninth Circuit.

Aug. 25, 1969.

James P. Cuneo (argued), Deputy Atty. Gen., Thomas C. Lynch, Atty. Gen., Derald E. Granberg, Deputy Atty. Gen., San Francisco, Cal., for appellant.

Marvin G. Weeks (argued), Los Angeles, Cal., for appellee.

Before CHAMBERS and KOELSCH, Circuit Judges, and VON DER HEYDT*, District Judge.

PER CURIAM:

The judgment of the district court is affirmed on the authority of Rodriquez v. United States, 395 U.S. 327, 89 S.Ct. 1715, 23 L.Ed.2d 340 (1969). The time allowed the State of California within which to comply with the order of the district court is extended to October 20, 1969.

* The Honorable James A. von der Heydt, United States District Judge, Anchorage, Alaska, sitting by designation.